■ In the Matter of Eric Weyand, Respondent, for the Judicial Dissolution of Triple H Ranch, Inc., Appellant, et al., Respondent. [980 NYS2d 851]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), entered October 5, 2012. The order granted the petition for judicial dissolution of respondent Triple H Ranch, Inc.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on January 16, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Centra, Carni and Whalen, JJ.